# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CONSTANDI F. F.,[1] | Case No. CV 23-6026 JFW (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY,[2] Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

DATED: October 18, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of Social Security, is hereby substituted as the defendant.