1  ANDREW T. KOENIG, State Bar No. 158431
   Attorney at Law
2  93 S. Chestnut Street, Suite 208
3  Ventura, California 93001
   Telephone: (805) 653-7937
4  Facsimile: (805) 653-7225
5  E-Mail: andrewtkoenig@hotmail.com

6
   Attorney for Plaintiff Costandi Farah Farah
7

8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                         WESTERN DIVISION

11
   COSTANDI FARAH FARAH,           )   CASE NO. CV 23-06026-JFW-PVC
12                                 )
13         Plaintiff,               )   ORDER
                                   )   AWARDING ATTORNEY'S
14         v.                       )   FEES AND COSTS PURSUANT
                                   )   TO THE EQUAL ACCESS TO
15                                 )   JUSTICE ACT, 28 U.S.C.
16 CAROLYN A. COLVIN, ACTING       )   § 2412(d), AND COURT COSTS
17 COMMISSIONER OF SOCIAL          )   PURSUANT TO
   SECURITY,                       )   28 U.S.C. § 1920
18                                 )
19         Defendant.               )
20 _____  )

21

22    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

23 IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

24
   Justice Act in the amount of NINE-THOUSAND ONE-HUNDRED DOLLARS
25
   and ZERO CENTS ($9,100.00), and Court costs in the amount of FOUR-
26
27 HUNDRED TWO DOLLARS and NO CENTS ($402.00), as authorized by 28
28

U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: December 5, 2024

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE